UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) CALVARY BAPTIST CHURCH,<br>       Plaintiff,<br>v.<br>2) CHURCH MUTUAL INSURANCE<br>       COMPANY,<br>       Defendant. | Case No.: CIV-15-1283<br><br>Judge Vicki Miles-LaGrange<br><br>(formerly D.C., Garfield Co.;<br>Case No. CJ-2014-222) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW the attorneys of record for all parties and hereby stipulates and agrees that the above captioned cause may be dismissed with prejudice to further litigation pertaining to all matters involved herein with each party to bear its own attorneys' fees and costs.

Said parties hereby request the Court Clerk show this action as dismissed with prejudice pursuant to this stipulation.

Respectfully & jointly submitted,

s/ Steven D. Singer, Esq., OBA #10,961
324 West Maine Street
Enid, Oklahoma   73701
**FOR THE PLAINTIFF**

s/ Kenyatta R. Bethea, Esq., OBA #18,650
Holloway, Bethea and Osenbaugh
3035 NW 63rd Street, Suite 102N
Oklahoma City, Oklahoma 73116
**FOR THE DEFENDANT**